# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Jonathon B. Carver )
_____ )   Case Number: __19-831-JPG__
_____ )                 (Clerk's Office will provide)
_____ )
Plaintiff/Petitioner(s) )   ☒ CIVIL RIGHTS COMPLAINT
v. )     pursuant to 42 U.S.C. §1983 (State Prisoner)
Christopher Ray )   ☐ CIVIL RIGHTS COMPLAINT
Bennie Vick )     pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Williamson County Jail, et. al )   ☐ CIVIL COMPLAINT
_____ )     pursuant to the Federal Tort Claims Act,
Defendant/Respondent(s) )     28 U.S.C. §§1346, 2671-2680, or other law

I.   JURISDICTION

Plaintiff:

A.   Plaintiff's mailing address, register number, and present place of confinement.

Jonathon B. Carver B89919
Centralia Correctional Center
P.O. Box 711
Centralia, IL 62801

Defendant #1:

B.   Defendant __Christopher Ray__ is employed as
         (a) (Name of First Defendant)

__Williamson County Sheriff's Deputy__
         (b) (Position/Title)

with __Williamson County Jail__
         (c) (Employer's Name and Address)
__404 N. Van Buren__
__Marion, IL 62959__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain:
Christopher Ray was a Sheriff's Deputy working in the Williamson County Jail.

(Rev. 7/2010)                                 1

Defendant #2:

C.   Defendant **Bennie Vick** is employed as

(Name of Second Defendant)

**Williamson County Sheriff**
(Position/Title)

with **Williamson County Jail**
(Employer's Name and Address)
**404 N. Van Buren**
**Marion, IL 62959**

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain:

**He was the Sheriff**

Additional Defendant(s) (if any):

D.   Using the outline set forth above, identify any additional Defendant(s).

**Defendent: Williamson County Jail et. all**
**Title: William County Jail**
**Employer's Name and address: Williamson County Jail**
**404 N. Van Buren**
**Marion, IL 62959**

**Defendent #3 employed by local government**

II.  PREVIOUS LAWSUITS

    A.  Have you begun any other lawsuits in state or federal court relating to your imprisonment?    ☐ Yes   ☒ No

    B.  If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

        1.  Parties to previous lawsuits:
           Plaintiff(s):

           Defendant(s):

        2.  Court (if federal court, name of the district; if state court, name of the county):

        3.  Docket number:

        4.  Name of Judge to whom case was assigned:

        5.  Type of case (for example: Was it a habeas corpus or civil rights action?):

        6.  Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

        7.  Approximate date of filing lawsuit:

        8.  Approximate date of disposition:

III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

C. If your answer is YES,
1. What steps did you take?

I filed a complaint against Christopher Ra[...] the day after I was released.

2. What was the result?

The Sheriff come and talked to me and stated "you have to understand things like this happen."

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☒ No

F. If your answer is YES,
1. What steps did you take?

2. What was the result?

G. If your answer is NO, explain why not.

I originally wrote a grievance about police brutality in May 2016. I was repeatedly retaliated against by staff of the jail.

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not

I was released and filed the complaint. I ended back in jail on a different charge then was released, I was rearrested 11/9/17 and was sent to prison. I didn't realize I needed the documentation.

4

(Rev. 7/2010)

IV.  STATEMENT OF CLAIM

    A.  State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

approximately 5/04/19 on E block in the jail I got into a verbal confrontation with Charles Kaegi. Deputy Christopher Ray entered E block and walked up behind me, at this point Charles Kaegi called me "Cho Mo" [child molester] again. I stepped toward Charles Kaegi and Deputy Ray grabbed my right arm behind my back. I immediately attempted to pull my arm out of Deputy Ray's grip so he took me to the ground, at this point Deputy Ray is smashing my face against the concrete floor. I couldn't breathe properly so I'm moving my head in an attempt to breathe better. At this point Deputy Ray tells me to stop moving my head then cocks back his right fist and punches me in the right temple. Deputy Ray cuffs me then lifts me up by the cuffs, and my right shower shoe slips and I bust my face against the concrete floor. Alleged complaint was caught on the video camera in E block of the Williamson County Jail.

(Rev. 7/2010)  5

V.  REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I am seeking financial compensation for pain, suffering, & injury occurred at time of complaint.

VI.  JURY DEMAND (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.

DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 7/23/19
(date)

Centralia Correctional Center
P.O. Box 711
Street Address

Centralia, IL 62801
City, State, Zip

Jonathon D. Carver
Signature of Plaintiff

Jonathon D. Carver
Printed Name

B87919
Prisoner Register Number

Signature of Attorney (if any)

Correctional Center
Box 711
Centralia, IL 62859

Legal Mail

U.S. District Court
750 Missouri Avenue
East St. Louis, IL 62201

This Correspondence Is From An Inmate Of The IL Dept Of Corrections

